No. 98–5290. BARLEY-COOKE v. EDISON ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–5291. MANN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–5292. KIRKLAND, AKA KEMP, AKA WEBB v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–5293. ARONOVSKY v. NGUYEN ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 98–5294. YAZZIE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5295. YOUNG v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–5296. VELASQUEZ v. UNITED STATES; and
No. 98–5332. VELASQUEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 141 F. 3d 1280.

No. 98–5298. VALMOND v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 98–5299. JOHNSON v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–5300. BYRD v. CITY OF ERIE POLICE DEPARTMENT ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–5301. BENIGNI v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–5303. REYNOLDS v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 98–5304. MARTINEZ v. UNITED STATES; and
No. 98–5799. CHAVEZ VILLEGAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 142 F. 3d 242.

No. 98–5305. LINWOOD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.